GRIFFITH *v.* THE STATE.

May Term,
1856.

GRIFFITH
v.
THE STATE.

*Friday,*
*June 20.*

APPEAL from the *La Grange* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, for the reasons given in *Spencer* v. *The State*, 5 Ind. R. 41, the questions arising in each case being similar. See, also, *Simington* v. *The State, id.* 479.

*A. Ellison,* for the appellant.

END OF MAY TERM, 1856.